KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GOOGLE INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMPRESSION LABS, INC., a Delaware corporation; FORGENT NETWORKS, INC., a Delaware corporation, and GENERAL INSTRUMENTS CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV 04-03934 CW<br><br>**NOTICE OF RELATED CASE AND NOTICE OF PENDENCY OF OTHER ACTION**<br><br>[Pursuant to Civil L.R. 3-12(a), duplicate original of this notice are being filed in the case listed below.] |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMPRESSION LABS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-03124 PJH |

Pursuant to Civil Local Rules 3-12 and 13, Plaintiff Google Inc. ("Google"), hereby files this Notice of Related Case based the suit titled *Sun Microsystems, Inc. v. Compression Labs, Inc., et al.*, Case No. CV 04-03124 PJH (N.D. Cal.) currently pending before Hon. Phyllis J. Hamilton in this District (the "Sun case") and this Notice of Pendency of Other Action based on the following cases currently pending in the Eastern District of Texas before Hon. David Folsom


Dockets.Justia.com

and the District of Delaware before Hon. Sue L. Robinson:

1. *Compression Labs, Inc. v. Agfa Corp, et al.*, No. 2-04CV-158 DF (E.D. Tex.).
2. *Compression Labs, Inc. v. Dell, Inc. et al.*, No. 2-04CV-159 DF (E.D. Tex.).
3. *Agfa Corp., et al. v. Compression Labs, Inc., et al.*, No. 04-818 SLR (D. Del.).
4. *Yahoo! Inc. v. Compression Labs, Inc., et al.*, No. 04-918 SLR (D. Del.).
5. *Compression Labs, Inc. v. Acer America Corp., et al.*, No. 2-04CV-294 DF (E.D. Tex).
6. *Audiovox Corporation, et al. v. Compression Labs, Inc., et al.*, No. 04-1293 SLR (D. Del.).

Each of these actions involve the same patent at issue, United States Patent No. 4,698,672 ("the '672 Patent"), and accusations of infringement by Compression Labs, Inc. ("CLI"), an owner of the '672 Patent, based on the alleged-infringers' use of the international JPEG standard.

Given the existence of eight actions involving the '672 Patent and allegations of infringement based on the international JPEG standard pending in three different federal districts, coordination under 28 U.S.C. § 1407 is the single best method to avoid conflicts, conserve resources, and promote the efficient determination of these actions. Accordingly, Sun Microsystems, Inc., Yahoo! Inc., and Google have already moved to transfer the eight separate actions to a single district court, and to consolidate those actions for coordinate pretrial proceedings pursuant to § 1407. *See* "Memorandum in Support of Sun Microsystems, Inc, Yahoo! Inc. and Google Inc.'s Motion to Transfer Pursuant to 28 U.S.C. § 1407," attached hereto as Exhibit A.

Dated: October 12, 2004 KEKER & VAN NEST, LLP

By: /s/ Ryan M. Kent
RYAN M. KENT
Attorneys for Plaintiff
GOOGLE INC., a Delaware corporation