United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

IN RE COMPRESSION LABS, INC.,
PATENT LITIGATION

No. M 05-1654 MMC

12

**ORDER OF RECUSAL**

13

/

14

    I, the undersigned Judge of the Court, finding myself disqualified in the above-

15

entitled Multidistrict Litigation, which consists of nine actions, hereby recuse myself from

16

this case, and request that the case be reassigned.  Because Multidistrict Litigation matters

17

are not assigned in the same manner as other cases, this matter is referred to the Chief

18

Judge for reassignment.

19

    Any pending dates of motions and pretrial conferences are hereby vacated and are

20

to be reset by the newly assigned Judge.

21

    **IT IS SO ORDERED.**

22
23

Dated:  August 10, 2005

24

MAXINE M. CHESNEY
United States District Judge

25
26
27
28